

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-19-00151-CV

———————————————————

TWG SUPPLY, INC.; CHRISTOPHER GIBLIN; BEAU STOMBAUGH; JOE D.
GRACEY; AND IAN HERNANDEZ, Appellants

V.

UNIFIED SUPPLY & SERVICES COMPANY, Appellee

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-306035-19

---

Before Gabriel, Kerr, and Pittman, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellants have filed an unopposed motion to dismiss their appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 20, 2019